IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CORA BRANTLEY, <u>et al</u>.,** | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. 11-00591-CG-C |
| **DWIGHT BASSETT and BUILDERS TRANSPORTATION CO., LLC,** | : | |
| | : | |
| Defendants. | | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 29, 2011 is **ADOPTED** as the opinion of this Court.  It is hereby **ORDERED** that the motion to remand (Doc. 9) is **GRANTED**, and as such, this case be **REMANDED** to the Circuit Court of Hale County, Alabama from whence it came.

DONE and ORDERED this the 15th day of December, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE